UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY HARPER, JR.,

        Plaintiff,

v.

MICHAEL JOHNSON,

        Defendant.
_____/

Case No. 2:20-cv-11138
District Judge Laurie J. Michelson
Magistrate Judge Anthony P. Patti

## ORDER GRANTING AS UNOPPOSED DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES (ECF No. 26)

Before the Court is Defendant's motion to compel Plaintiff's discovery responses. (ECF No. 26.)  Under Eastern District of Michigan Local Rule 7.1(e)(1)(A), Plaintiff's response in opposition was due fourteen days after the motion was served, or October 27, 2021.  To date, no response has been filed.  Accordingly, Defendant's motion to compel Plaintiff's discovery responses (ECF No. 26) is **GRANTED** as unopposed.  Plaintiff is ordered to provide full and complete written responses to Defendant's June 4, 2021 interrogatories and requests for production – without objection, all objections being waived as

untimely – by **Tuesday, November 23, 2021**.  Failure to abide by this Order may result in sanctions, up to and including dismissal of this case.[1]

**IT IS SO ORDERED.**

Dated: November 11, 2021

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).